PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Northern_ DISTRICT OF TEXAS
### _wichita falls_ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 9 2021

CLERK, U.S. DISTRICT COURT
By_____
      Deputy

_Ronnie W. Barton_ # _1792342_
Plaintiff's Name and ID Number

_James v. Allred unit_
Place of Confinement

CASE NO. **7 - 2 1 C V - 0 1 1 6 - O**
_____
(Clerk will assign the number)

v.

_James V. Allred unit_
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK  PAGE AND  WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   **PREVIOUS LAWSUITS:**

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: *october 12, 2021*

        2.  Parties to previous lawsuit:

            Plaintiff(s) *Ronnie w. Barton*

            Defendant(s) ~~warden Rutland~~ *et James v. Allred unit*

        3.  Court: (If federal, name the district; if state, name the county.) *wichita falls Division*

        4.  Cause number: *7:21-cv-00099-0*

        5.  Name of judge to whom case was assigned: *Reed O'connor*

        6.  Disposition: (Was the case dismissed, appealed, still pending?) *Appealed*

        7.  Approximate date of disposition: *N/A*

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: _James v. Allred unit_

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___ YES  ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.  PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Ronnie w. Barton_

_James v. Allred unit    2101 Fm  369 N._

_Iowa Park, Texas 76367_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _James v. Allred unit_

_2101 Fm  369 N.  Iowa Park, Texas 76367_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_having me on a Bldg. I ain't suppose to be at_

Defendant #2: _Timmy S. Smith - warden_

_James v. Allred unit 2101 Fm  369 N.  Iowa Park, Texas 76367_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_he is over seer of the unit wrote letters several time to take care of problem_

Defendant #3: _____

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

when I came to this unit I Ronnie Barton had no (heat restriction) and had no problem with heat nor (high bloodpressure) until I came to Allred unit and been having problems with these issues and has been causing me problems and been requesting to get moved off this (ECB-Bldg.) but been denied to be moved from this (ECB Bldg.) the air is causing me to be sick and causing issue to my health

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

I want to sue for $ 75, 8. 50,000   for causing me issues and pain and causing harm

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Ronnie Barton

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1792342

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _N/A_____

2. Case number: _____N/A_____

3. Approximate date sanctions were imposed: _____N/A_____

4. Have the sanctions been lifted or otherwise satisfied?                    ____YES ✓ NO

Rev. 05/15

4

The unit has refused to issue me step 1 grievance to
file a step 1 grievance so what can I do.

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ___NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _N/A_____

    2. Case number: _____ _N/A_____

    3. Approximate date warning was issued: _____ _N/A_____

Executed on: _____
          DATE

                                                _Ronnie W. Baston_
                                              (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

    1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

    2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

    3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

    4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

    5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____15_____ day of ___November___, 20 _21_ .
                 (Day)                   (month)          (year)

                                                _Ronnie W. Baston_
                                              (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15



Ronnie W. Barton #1792342
James V. Allred unit
2101 Fm 369N.
Iowa Park, Texas 76367

NORTH TEXAS TX P&DC
DALLAS TX 750
16 NOV 2021 PM 7   L

United States District court
office of the clerk Northern
District of Texas
1000 Lamar St, Room 203
wichita Falls, Texas 76301-3431

759  NEF 1    621C0011/27/21
NOTIFY SENDER OF NEW ADDRESS
:US DISTRICT CLERKS OFFICE
501 W 10TH ST STE 510
FORT WORTH TX 76102-3641

FWD    BC: 761023641B5    *2734-06128-16-43

76301-343143

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION