IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RONNIE W. BARTON, <br> TDCJ No. 1792342, | § § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:21-cv-116-O |
| JAMES ALLRED UNIT, et al., | § § § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice.

**SIGNED** this **22nd day** of **February, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**